NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTINA PAYLAN, M.D.,                )
                                       )
            Petitioner,                )
                                       )
v.                                     )          Case No.  2D17-5161
                                       )
TIMOTHY FITZGERALD and FARMER          )
& FITZGERALD, P.A.,                    )
                                       )
            Respondents.               )
_____    )

Opinion filed September 5, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Gregory P.
Holder, Judge.

Christina Paylan, M.D., pro se.

Matthew Farmer of Farmer & Fitzgerald,
Tampa, for Respondents.


PER CURIAM.


            Denied.


LaROSE, C.J., and KHOUZAM and ATKINSON, JJ., Concur.